In the Matter of HAHN BROS. FIREPROOF WAREHOUSES, INC., Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued October 13, 1942; decided November 25, 1942.

700

*David Brodsky, J. Almyk Lieberman* and *Bernard Reich* for appellant.

*Gay H. Brown* and *Sherman C. Ward* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.